THE STATE, EX REL. JONES, PROS. ATTY., APPELLEE, *v.*
WILSON, JUDGE; GARDNER, APPELLANT.

(No. 76-434—Decided December 23, 1976.)

*Mr. Robert A. Jones,* prosecuting attorney, *in propria persona.*

*Mr. William Walker,* for appellant.

*Per Curiam.* Appellant, Gardner, not being a party to the cause in the Court of Appeals and not having attempted to intervene as a party in that court, is without capacity to appeal.

. The appeal is, therefore, dismissed *sua sponte. State, ex rel. Lipson,* v. *Hunter, Bldg. Commr.* (1965), 2 Ohio St. 2d 225, 208 N. E. 2d 133.

*Appeal dismissed.*

O'Neill, C. J., Herbert, Corrigan, Stern, Celebrezze, W. Brown and P. Brown, JJ., concur.